UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ALONZO ADOLFO GONZALEZ,

        Defendant.

NO. CR. S-05-104 WBS

ORDER

----oo0oo----

Defendant has filed what is captioned as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to the provisions of 28 U.S.C. § 2255. Defendant asserts that he knew he was guilty from the beginning, and that he is sorry for his actions. The only ground asserted for the motion is that defendant is "looking forward to return back to [his] place of origin as soon as possible."

That is not a sufficient ground for relief under section 2255. Section 2255 may be used only to correct or set aside an illegal or erroneous sentence. Sanders v. United States, 373 U.S. 1, 83 S.Ct. 1088, 10 L.Ed.2d 317 (1963).

1

1            IT IS THEREFORE ORDERED that defendant's motion to
2   vacate, set aside or correct his sentence pursuant to 28 U.S.C. §
3   2255 be, and the same hereby is, DENIED.
4   DATED:  September 2, 2005

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE